Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★  ★  ★                                                              ★  ★  ★

## MEMORANDUM OPINION

No. 04-09-00653-CV

**IN RE David Richard LUTZ**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:   November 4, 2009

PETITION FOR WRIT OF CORAM NOBIS DENIED

On October 14, 2009, relator filed an "Original Petition for Writ of Error Coram Nobis." This court has determined that relator is not entitled to the relief sought because the common law writ of coram nobis is not recognized in Texas. *See Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952). Accordingly, the petition is DENIED. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator filed a "Motion for Leave to File Writ of Error Coram Nobis." No leave is required to file an original petition in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 07-11-18730-CV, in the 38th Judicial District Court, Medina County, Texas, the Honorable Camile DuBose presiding.